# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON D. BROADWAY,           )<br>                             )<br>     Plaintiff,            )<br>                             )<br>     v.                      )<br>                             )<br>CAROLYN W. COLVIN,           )<br>Acting Commissioner of Social Security, )<br>                             )<br>     Defendant.           )<br>_____) | Case No.: 1:13-cv-00793-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

Plaintiff Deon D. Broadway filed a complaint on May 24, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    May 28, 2013**                         /s/ Sheila K. Oberto
                                                               UNITED STATES MAGISTRATE JUDGE