**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEON DESHAWN BROADWAY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case #  1:13-CV-00793-SKO<br><br>STIPULATED MOTION FOR EXTENSION OF TIME; ORDER THEREON |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 45-days to file Plaintiff's Motion for Summary Judgment.

This law firm has not had the number of attorneys working as anticipated when this Complaint was filed.  As a result, counsel for Plaintiff requires additional time to draft the Motion for Summary Judgment.  Further, holiday vacations make meeting the current deadline difficult.  Additionally, Counsel for Defendant has informed us that she will best be able to address Plaintiff's Motion for Summary Judgment after February 3, 2014.  The Motion for

MOTION – Page 1
1:13-CV-00793-SKO

Summary Judgment is currently due on December 20, 2013.  Plaintiff requests an extension of time of 45 days, to February 3, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated December 18, 2013:		s/ KELSEY M. BROWN		CA #263109
					Kelsey M. Brown
					Dellert Baird Law Offices, PLLC
					Attorney for Plaintiff


Dated December 18, 2013:		s/ KELSEY M. BROWN for Annabelle J. Yang
					ANNABELLE J. YANG
					(per e-mail authorization)
					Special Assistant U.S. Attorney
					Office of the General Counsel

					Of Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed no later than February 3, 2014;

2. Defendant's responsive brief shall be filed no later than March 10, 2014; and

3. Plaintiff may file an optional reply brief no later than March 28, 2014.


IT IS SO ORDERED.

Dated:   **December 23, 2013**			/s/ Sheila K. Oberto
					UNITED STATES MAGISTRATE JUDGE

MOTION – Page 2
1:13-CV-00793-SKO